■ MYRON MAYER et al., Respondents-Appellants, v CITY RENT AGENCY

et al., Appellants-Respondents, et al., Defendant, and COALITION AGAINST RENT INCREASE PASSALONGS (CARIP) et al., Intervenors-Appellants.—Judgment, Supreme Court, New York County, entered on April 6, 1978, unanimously affirmed for the reasons stated by Fraiman, J., without costs and without disbursements. Concur—Kupferman, J. P., Evans, Markewich, Yesawich and Sandler, JJ. [94 Misc 2d 188.]